# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pratt, Tanya M. | United States District Court, Southern District of Indiana | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Birch Bayh Federal Courthouse
46 E. Ohio Street
Suite 330
Indianapolis, IN 46204

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustee | Cathedral High School |
| 2. | Advisory Board | UNCF |
| 3. | Master (member) | American Inn of Court, Indianapolis |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2009 | Indiana Judges Pension Fund: Eligible for pension withdrawal at age 62 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratt, Tanya M.** | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Chase | mortgage | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. series EE savings bonds | A | Interest | J | T | | | | | |
| 2. series I savings bonds | A | Interest | J | T | | | | | |
| 3. CHASE Bank | A | Interest | J | T | | | | | |
| 4. PNC (savings) | A | Interest | J | T | | | | | |
| 5. APPL (Apple) stock | A | Dividend | J | T | | | | | |
| 6. ARBA (Ariba Inc.) stock | A | Dividend | J | T | | | | | |
| 7. CBMC (Calypte biomed) stock | A | Int./Div. | J | T | | | | | |
| 8. CHK (Chesapeake energy) stock | A | Int./Div. | J | T | | | | | |
| 9. ERIC (Erricsson) stock | A | Dividend | J | T | | | | | |
| 10. MSTR (Microstrategy Inc.) stock | A | Dividend | J | T | | | | | |
| 11. WBMD (Web MD) | A | Interest | J | T | | | | | |
| 12. Allianz IRA | B | Interest | M | T | | | | | |
| 13. Indiana 529 Plan: Core Bond Index Profile | A | Interest | J | T | | | | | |
| 14. Vanguard Institutional Index Fund | A | Interest | J | T | | | | | |
| 15. Artio International Equity II Fund | A | Interest | J | T | | | | | |
| 16. Indiana 529 Plan: Large Cap Index Portfolio Class A | A | Interest | J | T | | | | | |
| 17. Indiana 529 Plan: International Index Portfolio Class | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America | A | Interest | J | T | | | | | |
| 19. Citigroup | A | Dividend | J | T | | | | | |
| 20. AGZ-Ishares Barclays ETF | A | Dividend | J | T | | | | | |
| 21. EMB-Ishaes JP Morgan ETF | A | Dividend | J | T | | | | | |
| 22. IEF-Ishares 7-10 yr Treasury Bond | A | Dividend | J | T | | | | | |
| 23. IJJ-Ishares S & P Midcap 400 Value | A | Interest | J | T | | | | | |
| 24. IJK-Ishares S & P Midcap 400 Growth | A | Interest | J | T | | | | | |
| 25. PCY-Power Shares EM MAR ETF | A | Dividend | J | T | | | | | |
| 26. PFF-Ishares S & P US | A | Dividend | J | T | | | | | |
| 27. SHY-Ishares 1-3 year Treasury Bonds | A | Dividend | J | T | | | | | |
| 28. VCIT-Vanguard Intermediate ETF | A | Dividend | J | T | | | | | |
| 29. VCSH-Vanguard Short Term ETF | A | Dividend | J | T | | | | | |
| 30. VEA-Vanguard MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 31. VNQ-Vanguard REIT ETF | A | Dividend | J | T | | | | | |
| 32. VWO-Vanguard MSCI ETF | A | Dividend | J | T | | | | | |
| 33. ANCMX-Allianz FDS Multi-STRT | A | Dividend | J | T | | | | | |
| 34. BCSIX-Brown CAP MGMT MUT FDS | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FEVIX-First Eagle US Value | A | Dividend | J | T | | | | | |
| 36. GCIEX-Gabelli Equity Income | A | Interest | J | T | | | | | |
| 37. GSZIX-Goldman Sachs Trust | A | Int./Div. | K | T | | | | | |
| 38. ICEIX-IVY FDS | A | Interest | J | T | | | | | |
| 39. IGLIX-ING Global Real Estate | A | Interest | J | T | | | | | |
| 40. IVHIX-IVY FDS INC | A | Interest | J | T | | | | | |
| 41. JIGFX-Janus INVT FD | A | Interest | J | T | | | | | |
| 42. LDLFX-Lord Abbett Investment | A | Int./Div. | K | T | | | | | |
| 43. MWTIX-Metropolitan West FDS | A | Interest | J | T | | | | | |
| 44. NELYX-Loomis Sayles Limited | A | Interest | J | T | | | | | |
| 45. ODVYX-Oppenhenheimer DEV MKTS | A | Interest | J | T | | | | | |
| 46. PCRIX-PIMCO FDS PAC INVT | A | Interest | J | T | | | | | |
| 47. PFIUX-PIMCO Unconstrained BD | A | Interest | K | T | | | | | |
| 48. PRRIX-PIMCO Real Estate Return Bond | A | Interest | J | T | | | | | |
| 49. SEVAX-Security Equity FD | A | Interest | J | T | | | | | |
| 50. TGBAX-Templeton Funds | A | Interest | J | T | | | | | |
| 51. TWHIX-American Century Funds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. YACKX-Managers AMG Funds | A | Interest | J | T | | | | | |
| 53. AFRYX-Invesco Floating Rate Fund | A | Interest | J | T | | | | | |
| 54. ANJIX-Allianz FDS INTL Value Fund | A | Interest | J | T | | | | | |
| 55. KLCIX-Federal Equity FDS Kaufman Large Cap | A | Interest | J | T | | | | | |
| 56. HFQIX-Henderson Global Equity Income | A | Interest | J | T | | | | | |
| 57. XLE-Energy Select Sector SPDR | A | Interest | J | T | | | | | |
| 58. XLF-Financial Select Sector SPDR | A | Interest | J | T | | | | | |
| 59. XLI-Industrial Select Sector SPDR | A | Interest | J | T | | | | | |
| 60. XLK-Technology Select Sector SPDR | A | Interest | J | T | | | | | |
| 61. XLP-Consumer Staples Sector SPDR | A | Interest | J | T | | | | | |
| 62. XLB-Materials Sector SPDR | A | Interest | J | T | | | | | |
| 63. XLV-Healthcare Sector SPDR | A | Interest | J | T | | | | | |
| 64. XLY-Consumer Discretionary Sector SPDR | A | Interest | J | T | | | | | |
| 65. IYZ-Ishares US Telecommunications | A | Int./Div. | J | T | | | | | |
| 66. IJT-S & P Small Cap 600 Growth | A | Interest | J | T | | | | | |
| 67. IJS-S & P Small Cap 600 Value | A | Interest | J | T | | | | | |
| 68. TLT-Ishares 20+ yr Treas. Bond | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TIP-Ishares TIP Bond ET | A | Dividend | J | T | | | | | |
| 70. FESGX-First Eagle S Global | A | Dividend | J | T | | | | | |
| 71. PAUCX-PIMCO All Asset All Authority Fund | A | Dividend | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tanya M. Pratt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544